14-4404

IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,

        Appellee,

Vs.

FRANKLIN J. FARRELL,

        Appellant.

**MOTION FOR EXTENSION OF TIME TO FILE**

**APPELLANTS' OPENING BRIEF AND APPENDIX**

      Comes now Appellant, FRANKLIN J. FARRELL, who by and through appointed counsel, respectfully requests this Court to rescind the current briefing schedule, granting the Appellant's request for a thirty (30)-day extension of time within which to file his opening brief and appendix. In support of this motion, Appellant's counsel states that the above captioned matter involves the appeal of the Appellant's criminal conviction and sentence of incarceration of life imprisonment as a result thereof, in the United States District Court for the District of South Carolina. The Appellant's present counsel did not represent Mr. Farrell in the proceedings below. Undersigned counsel has determined that

she needs additional time to complete the opening brief and appendix in this matter, due to the issues that were raised by the Appellant in the trial court. Counsel submits that this is her first request for extension of time.

For the foregoing reasons, Appellants respectfully request a thirty (30) day extension within which to file his opening brief and appendix.

Respectfully Submitted,

s/Scarlet B. Moore, Esq.

SCARLET B. MOORE, ESQ.

COUNSEL FOR FRANKLIN J. FARRELL

P.O. BOX 17615

GREENVILLE, S.C. 29606

(864) 980-3457 (PHONE)

(864) 752-0930 (FAX)